515 ASHLAND IRON MINING CO. vs. CIRCUIT JUDGE (Gogebic), No. 12788½.

To compel respondent to vacate orders made in a certain suit commenced against relator, allowing an amended declara-

tion to be filed; refusing to direct that the amended declaration be stricken from the files; refusing to enter order staying proceedings until the costs of a former trial were paid, and in refusing to compel plaintiff to file security for costs.

Order to show cause denied May 4, 1892.